**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 14-10013   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn, Trustee |
|---|---|---|---|
| Case Name: | TAYLOR, BEVERLY ANN | Date Filed (f) or Converted (c): | 01/02/14 (f) |
| | | 341(a) Meeting Date: | 01/28/14 |
| For Period Ending: | 09/30/14   (1st reporting period for this case) | Claims Bar Date: | 11/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of Oklahoma/Checking | 1.59 | 0.00 | | 0.00 | FA |
| 2. Midfirst Bank/Checking | 0.00 | 0.00 | | 0.00 | FA |
| 3. Navy Federal Credit Union/Checking | 3.78 | 0.00 | | 0.00 | FA |
| 4. Navy Federal Credit Union/Savings | 5.00 | 0.00 | | 0.00 | FA |
| 5. USAA/Checking | 35.16 | 0.00 | | 0.00 | FA |
| 6. USAA/Savings | 0.03 | 0.00 | | 0.00 | FA |
| 7. USAA/Checking | 101.00 | 0.00 | | 0.00 | FA |
| 8. USAA/Savings | 0.02 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 11. Retirement | 38,679.73 | 0.00 | | 0.00 | FA |
| 12. 2003 Ford Windstar | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 14. TAX REFUND (u) | 0.00 | 6,821.00 | | 6,821.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $39,926.31 | $6,821.00 | | $6,821.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/2/14 Meeting of creditors held

1/30/14 NDR filed

3/24/14 Withdrawal of Report of No Distribution FILED Pursuing Tax Refund

3/24/14 Motion to employ atty and Interim report filed

| | | | |
|---|---|---|---|
| Case No: | 14-10013    SH    Judge: SARAH A. HALL | Trustee Name: | John Mashburn, Trustee |
| Case Name: | TAYLOR, BEVERLY ANN | Date Filed (f) or Converted (c): | 01/02/14 (f) |
| | | 341(a) Meeting Date: | 01/28/14 |
| | | Claims Bar Date: | 11/10/14 |

3/24/14 Trustee's inteim report

4/1/14 Order discharging debtor

4/8/14 Order granting motion to employ atty

6/2/14 File reviewed

8/11/14 Received Tax refund check

8/11/14 Filed interim report and Request for Notice to file claims

Initial Projected Date of Final Report (TFR): 01/28/15    Current Projected Date of Final Report (TFR): 01/28/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-10013 -SH |
| Case Name: | TAYLOR, BEVERLY ANN |
| Taxpayer ID No: | *******9005 |
| For Period Ending: | 09/30/14 |

| | |
|---|---|
| Trustee Name: | John Mashburn, Trustee |
| Bank Name: | First National Bank of Vinita |
| Account Number / CD #: | *******2166  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 6,124,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/14 | 14 | JOHN MASHBURN, TRUSTEE<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Tax refund Check #511551713 | 1224-000 | 6,821.00 | | 6,821.00 |
| 09/08/14 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,811.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,821.00 | 10.00 | 6,811.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,821.00 | 10.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,821.00 | 10.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2166 | 6,821.00 | 10.00 | 6,811.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,821.00 | 10.00 | 6,811.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,821.00    10.00

Ver: 18.03

LFORM24